IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JERRY BRIDGES, PLAINTIFF

V. NO. 4:05CV117-P-D

CHRISTOPHER EPPS, DEFENDANT

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to prosecute, in accordance with Rule 41(b), Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

THIS the 24th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE